**DISMISS; Opinion Filed April 8, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00381-CV**

**IN RE BILLY RAY RISLEY, Relator**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. W74-11690-K**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Before the Court is relator's petition for writ of mandamus complaining that the trial court has failed to properly handle and rule on his petition for writ of habeas corpus. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have jurisdiction over relator's petition. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2011); *In re Hampton*, No. 05-07-00440-CV, 2007 WL 1168446 at *1 (Tex. App.–Dallas Apr. 20, 2007, orig. proceeding) (mem. op.). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/David W. Evans/
DAVID W. EVANS
JUSTICE

130381F.P05